## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| LUCKY BUCKS, LLC, et al., | Case No. 23-10758 (KBO) |
| Debtors.[1] | (Jointly Administered) |
| | Re: Docket Nos. 146, 183, 187, 214 |

### NOTICE OF OCCURRENCE OF EFFECTIVE DATE OF THE
### FIRST AMENDED JOINT CHAPTER 11 PLAN OF LUCKY BUCKS, LLC
### AND LUCKY BUCKS HOLDCO, LLC

**PLEASE TAKE NOTICE** that, on July 28, 2023, the Honorable Karen B. Owens, United States Bankruptcy Judge for the District of Delaware (the "Bankruptcy Court"), entered the *Findings of Fact, Conclusions of Law, and Order Confirming the OpCo Debtors' Joint Chapter 11 Plan and Approving the Disclosure Statement as it Relates Thereto for Case Nos. 23-10757 and 23-10758* [Docket No. 214] (the "Confirmation Order") confirming the OpCo Debtors' *First Amended Joint Chapter 11 Plan of Lucky Bucks, LLC and Lucky Bucks HoldCo, LLC*, dated as of July 22, 2023 [Docket No. 187] (as supplemented, the "OpCo Plan").[2]

**PLEASE TAKE FURTHER NOTICE** that, on October 2, 2023, all conditions precedent to consummation of the OpCo Plan were satisfied or waived in accordance with Article IX.B of the OpCo Plan. Further, no stay of the Confirmation Order is in effect. Accordingly, October 2, 2023 is the Effective Date of the OpCo Plan (the "Effective Date"). As of the Effective Date, the injunction set forth in Article VIII.A.5 of the OpCo Plan is now in place.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with Article V.A.2 of the OpCo Plan, on the Effective Date, except as otherwise provided in the OpCo Plan, all Executory Contracts or Unexpired Leases not otherwise assumed or rejected were deemed rejected unless such Executory Contract or Unexpired Lease: (1) was previously assumed by an OpCo Debtor; (2) expired or was terminated pursuant to its own terms or by agreement of the parties thereto; (3) is the subject of a motion to assume filed by the OpCo Debtors on or before the date of entry of the Confirmation Order; or (4) is listed on the Assumed Executory Contracts and Unexpired Leases List; *provided,* that that rejections of Unexpired Leases of non-residential real property shall be effective as of the later of (a) the Effective Date and (b) the date on which the leased premises are unconditionally surrendered to the landlord under such rejected Unexpired Lease.

---

[1]  The Debtors in these chapter 11 cases (the "Chapter 11 Cases"), along with the last four digits of each Debtor's federal identification number, include: (i) Lucky Bucks, LLC ("Lucky Bucks") (4376); (ii) Lucky Bucks HoldCo, LLC ("HoldCo" and, together with Lucky Bucks, the "OpCo Debtors") (0081); and (iii) Lucky Bucks Holdings LLC ("Holdings") (3221). The Debtors' primary mailing address is 5820 Live Oak Parkway, Suite 300, Norcross, Georgia 30093.

[2]  Terms not otherwise defined herein shall have the meanings ascribed to them in the OpCo Plan.

Proofs of Claim with respect to Claims arising from the rejection of Executory Contracts or Unexpired Leases pursuant to the OpCo Plan, if any, must be Filed with the Bankruptcy Court no later than **November 2, 2023.** Any Claims arising from the rejection of an Executory Contract or Unexpired Lease not Filed with the Bankruptcy Court within such time shall be automatically Disallowed, released, and discharged, and forever barred from assertion without the need for any objection or further notice to, or action, order, or approval of, the Bankruptcy Court or any other Person, any such Claim shall be released, and discharged, notwithstanding anything in the Schedules or any Proof of Claim to the contrary, and such Claim shall not be enforceable against the OpCo Debtors, the Reorganized OpCo Debtors, or their respective property.

**PLEASE TAKE FURTHER NOTICE** that the OpCo Plan and the provisions thereof (including the exhibits and schedules thereto and all documents and agreements executed pursuant thereto or in connection therewith), the Plan Supplement, and the Confirmation Order are effective and enforceable and shall bind the Reorganized OpCo Debtors, the Released Parties, the Exculpated Parties, all holders of Claims and Interests (irrespective of whether such Claims or Interests are impaired under the OpCo Plan or whether the holders of such Claims or Interests accepted or are deemed to have accepted the OpCo Plan), any other person giving, acquiring, or receiving property under the OpCo Plan, any and all non-OpCo Debtor parties to executory contracts and unexpired leases with any of the OpCo Debtors, any other party in interest in the OpCo Debtors' Chapter 11 Cases, and the respective heirs, executors, administrators, successors, or assigns, if any, of any of the foregoing. All settlements, compromises, releases (including, without limitation, the releases set forth in Article VIII.A of the OpCo Plan), waivers, discharges, exculpations, and injunctions set forth in the OpCo Plan are effective and binding on any Person or entity that may have had standing to assert any settled, compromised, released, waived, discharged, exculpated, or enjoined Causes of Action.

**PLEASE TAKE FURTHER NOTICE** that requests for payment of Administrative Expense Claims in the OpCo Debtors' Chapter 11 Cases must be filed no later than **November 2, 2023** (the "Administrative Expense Bar Date") with the Bankruptcy Court and served on the Reorganized OpCo Debtors, the United States Trustee, and Epiq in its capacity as the OpCo Debtors' Claims, Noticing and Solicitation Agent. Holders of Administrative Expense Claims in the OpCo Debtors' Chapter 11 Cases that are required to file and serve a request for payment of such Administrative Expense Claims that do not file and serve such a request by the Administrative Expense Bar Date shall be forever barred, estopped, and enjoined from asserting such Administrative Expense Claims against the OpCo Debtors, the Reorganized OpCo Debtors, or their respective property and such Administrative Expense Claims shall be forever barred and disallowed as of the Effective Date.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Article II.B of the OpCo Plan, the deadline to file OpCo Professional Fee Claims is **November 17, 2023**.

**PLEASE TAKE FURTHER NOTICE** that copies of the OpCo Plan and the Disclosure Statement may be obtained free of charge by visiting the website maintained by Epiq Corporate Restructuring LLC at https://dm.epiq11.com/luckybucks. Parties may also obtain any documents filed in the Chapter 11 Cases for a fee via PACER at https://www.pacer.gov/. Please note that a PACER password and login are required to access documents via PACER.

Dated: October 3, 2023
Wilmington, Delaware

/s/ Matthew P. Milana
Russell C. Silberglied (No. 3462)
David T. Queroli (No. 6318)
Matthew P. Milana (No. 6681)
Huiqi Liu (No. 6850)
**RICHARDS, LAYTON & FINGER, P.A.**
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone:     (302) 651-7700
Fax:               (302) 651-7701
Email:            silberglied@rlf.com
                      queroli@rlf.com
                      milana@rlf.com
                      liu@rlf.com

- and -

Dennis F. Dunne (admitted *pro hac vice*)
Tyson M. Lomazow (admitted *pro hac vice*)
**MILBANK LLP**
55 Hudson Yards
New York, NY  10001
Telephone:     (212) 530-5000
Fax:               (212) 530-5219
Email:            DDunne@Milbank.com
                      TLomazow@Milbank.com

*Co-Counsel to the Debtors*
*and Debtors in Possession*