# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| LUCKY BUCKS, LLC, *et al.*[1] | Case No. 23-10758 (KBO) |
| Debtors. | (Jointly Administered) |
| | **Related Docket No. 363** |
| MARC ABRAMS,<br>in his capacity as the Chapter 7 Trustee<br>of and for Lucky Bucks Holdings LLC | |
| Plaintiff, | Adversary Proceeding |
| v. | Adv. Proc. No. 24-50009 (KBO) |
| LUCKY BUCKS, LLC<br>n/k/a Arc Gaming and Technologies, LLC, | |
| - and - | **Related Docket No. 64** |
| LUCKY BUCKS HOLDCO, LLC, | |
| Defendants. | |

## ORDER GRANTING TRUSTEE'S MOTION
## TO APPROVE SETTLEMENT AGREEMENT

---

[1] The debtors ("**Debtors**") in these bankruptcy cases, along with the last four digits of each debtor's federal identification number, include: (i) Lucky Bucks, LLC (4376); (ii) Lucky Bucks HoldCo, LLC (0081); and (iii) Lucky Bucks Holdings LLC (3221). The Debtors' primary mailing address is 5820 Live Oak Parkway, Suite 300, Norcross, Georgia 30093.

Upon the *Trustee's Motion to Approve Settlement Agreement with Defendants* (the "**Motion**"), filed by Marc Abrams (the "**Trustee**"), in his capacity as the chapter 7 trustee of and for Lucky Bucks Holdings LLC (the "**Holdings**"), for entry of an order (i) approving the settlement agreement (the "**Settlement Agreement**") with LB NewHoldCo (the "**NewHoldCo**") and its subsidiary, Arc Gaming and Technologies, f/k/a Lucky Bucks, LLC ("**Arc**" and, together with NewHoldCo, "**Arc Gaming**"), attached to the Motion as **Exhibit A**, and (ii) granting related relief, all as more fully set forth in the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and on the basis that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of Revocation Proceeding (*i.e.*, Adversary Proceeding No. 24-50009) and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Holdings estate, its creditors and other parties in interest; and this Court having found that the Trustee's notice of the Motion and opportunity for a hearing on the Motion were appropriate and no other notice need be provided; and this Court having reviewed the Motion and, to the extent a hearing on the Motion was held, having heard the statements in support of the relief requested therein at such hearing before this Court; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. The Settlement Agreement is hereby APPROVED in its entirety.

3. The Trustee and Arc Gaming are authorized to take any and all actions necessary or appropriate to consummate, carry out, effectuate, or otherwise enforce the terms, conditions, and provisions of the Settlement Agreement.

4. Notwithstanding the possible applicability of Bankruptcy Rules 6004(h), 7062, 9014 or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

5. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, consummation, and enforcement of this Order and the Settlement Agreement.

**Dated: September 4th, 2024**
**Wilmington, Delaware**

**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**